UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/2/09

------------------------------------x

SALVADOR DELGADO, et al.,                     :

            Plaintiffs,                  :   09 Civ. 7526 (SAS) (AJP)

     -against-                              :   **ORDER OF DISMISSAL ON CONSENT**

CIRCA 33RD STREET LLC, et al.,                :

            Defendants.                 :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on December 2, 2009, and on the stipulation of the parties pursuant to 28 U.S.C. §636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that the Court retains jurisdiction of this matter pursuant to the terms of the settlement agreement. Any pending motions are to be terminated as moot.

     SO ORDERED.

DATED:    New York, New York
             December 2, 2009

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    John Karol, Esq.
                                    Joseph Grob, Esq.
                                    Judge Shira A. Scheindlin

C:\ORD\DISMISS